Clara D. Simpson, Respondent, v. Casper L. Hulett, Appellant.— Order affirmed, with ten dollars costs and disbursements. ·All concurred.

The Village of Waterford, Respondent, v. The Delaware and Hudson Company, Appellant.— Case directed to be put upon non-enumerated calendar; not to be moved, however, until after fifteen days from the service of the notice of appeal; after which time either party may bring the case on for argument at any motion day or on any day agreed upon by counsel.

Walter K. Ward and Others, as Executors, etc., Respondents, v. Amos D. Briggs, Appellant.— Judgment unanimously affirmed, with costs.

Walter K. Ward and Others, Respondents. v. Annie Page Ward, Appellant, Impleaded with Others.— Judgment unanimously affirmed, with costs.

Congress Shoe and Rubber Company, Respondent, v. N. Monroe Marshall, Appellant.— Motion granted unless within forty days appellant serves upon respondent's attorney printed papers, in which case motion is denied.

Caroline Martini v. Joseph Bell.— Motion granted unless within forty days the appellant serves printed papers and pays ten dollars costs of motion; if such be done, motion is denied, without costs.

George D. Smith, Respondent, v. Albert Ham, Appellant.— Motion denied. All concurred, except Howard, J., who dissented.

Charles D. Townsend, as Receiver of the Oneonta, Cooperstown and Richfield Springs Railway Company, Respondent, v. The First National Bank of the City of New York, Appellant.— Orders affirmed, with costs of one motion to abide the event. All concurred.

Helen A. Bunyan, as Executrix, etc., and Others, Respondents, v. The Commissioners of the Palisades Interstate Park, and Others. Appellants, Impleaded with The Conklin & Foss Company, Respondent. —Motion denied.

Homer B. Buley, Respondent, v. Roswell J. Hasbrouck, Appellant.— Judgment and order unanimously affirmed, with costs.

Richard A. Byrne, Plaintiff, v. William L. Beckman and Others, Defendants.— Motion granted upon the condition that the appellant stipulates that no finding upon any other question of fact will be questioned upon the appeal.

Thomas J. Casey, Appellant, v. William H. Casey and Others, Respondents.— Judgment unanimously affirmed, with costs.

Fred P. Elliott, Respondent, v. Lyman H. Bevans, Appellant, Impleaded with Elliott Land Corporation and Others.    Fred P. Elliott, Respondent, v. Lyman H. Bevans, Appellant, Impleaded with Wright Amusement Enterprises, Inc., and Others.— Motion granted, unless within thirty days the appellant serves upon the respondent's attorney printed papers and pays ten dollars costs of this motion, in which case motion is denied.

William A. Ingraham, Respondent, v. Town of Thurman, Appellant.— Motion denied.